# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | ) Case No.: 1:18-cv-0806-DAD- JLT |
|---|---|
| Plaintiffs, | ) ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE THE DONALD J. SCRANTON AS A DEFENDANT |
| v. | ) (Doc. 4) |
| DONALD J. SCRANTON, et al., | ) |
| Defendants. | ) |

On July 27, 2018, Plaintiffs filed a "Voluntary Dismissal," indicating they were dismissing the claims against Donald J. Scranton without prejudice. (Doc. 4) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiff may an action or claims "without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Mr. Scranton has not filed an answer or motion for summary judgment, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate Donald J. Scranton, as a defendant in the action.

IT IS SO ORDERED.

Dated: **August 2, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE