# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. SCRANTON, et al., <br><br> Defendants. | Case No.: 1:18-cv-0806-DAD- JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 5) |

On July 24, 2018, Plaintiffs United Africa-Asian Abilities Club and Jessie James Davis IV filed a notice of voluntary dismissal. (Doc. 5) Plaintiffs request that the Court "enter a dismissal with prejudice." (*Id.* at 1)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared in this action or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Court **ORDERS**: the Clerk of Court **IS DIRECTED** to close this action in light of the notice of voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated: **August 2, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE